**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BOLLARD & ASSOCIATES, INC. | : | No. 72 MAL 2018 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| H&R INDUSTRIES, INC. AND HARRY | : | |
| SCHMIDT | : | |
| | : | |
| | : | |
| PETITION OF: HARRY SCHMIDT | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.